# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ZURIEL KEN 'DELLE ASH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3808

[November 1, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Dan L. Vaughn, Judge; L.T. Case No. 17000333CFAXMX.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and KANNER DANIEL J., Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***